**STERNS & WEINROTH**
A Professional Corporation
Jason S. Feinstein, Esq. (JF-8008)
50 West State Street
Post Office Box 1298
Trenton, New Jersey 08607-1298
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
Attorneys for Defendant, The Home Depot, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| E.P. HENRY CORP., | DOCUMENT FILED ELECTRONICALLY |
| Plaintiff, | Case No. 07cv2783 (JHR) |
| v. | |
| HOME DEPOT, INC. | **NOTICE OF MOTION TO TRANSFER VENUE** |
| Defendant. | |

TO:   Roy D. Ruggiero, Esq.
        Earp Cohn, P.C.
        20 Brace Road, 4th Floor
        Cherry Hill, New Jersey 08034

**PLEASE TAKE NOTICE** that on Friday, August 3, 2007 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorneys for defendant The Home Depot, Inc. ("Home Depot"), shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, Room 6060, 1 John F. Gerry Plaza, Camden, New Jersey, for entry of an Order Transferring Venue of the matter pursuant to 28 U.S.C. §1446(a) to the Northern District of Georgia, Atlanta Division.

2

In support of its Motion, Home Depot shall rely upon its Brief in Support of Motion to Transfer Venue and the Certification of Jason S. Feinstein, Esq., together with the pleadings and other documents filed and of record in this case.

Oral Argument is requested in the event that opposition is filed.

A proposed Order is submitted herewith.

**STERNS & WEINROTH,**
A Professional Corporation
Attorneys for Defendant,
**The Home Depot, Inc.**

By: /s/ Jason S. Feinstein
     Jason S. Feinstein (JF-8008)
     jfeinstein@sternslaw.com

Dated: July 5, 2007